# U.S. District Court
## Eastern District of Missouri (St. Louis)
### CIVIL DOCKET FOR CASE #: 4:17–cv–01608–JMB

| | |
|---|---|
| Boey v. Bed Bath & Beyond | Date Filed: 06/01/2017 |
| Assigned to: Magistrate Judge John M. Bodenhausen | Date Terminated: 07/14/2017 |
| Cause: 42:1983 Civil Rights (Employment Discrimination) | Jury Demand: None |
| | Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Gay Boey** | represented by | **Lisa Gay Boey**<br>2905 Madison Ave<br>Apt A Rear<br>Granite City, IL 62040<br>Email:<br>PRO SE |

V.

**Defendant**

**Bed Bath & Beyond**

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2017 | Ï 1 | COMPLAINT against defendant Bed Bath & Beyond Non–Jury Demand,, filed by Lisa Gay Boey. (Attachments: # 1 Civil Cover Sheet, # 2 Original Filing Form, # 3 Notice of Suit Rights, # 4 EEOC Right to Sue Charging Letter, # 5 Attachment 1, # 6 Attachment 2)(MFG) (Attachment 4 replaced on 6/2/2017) (MFG). (Attachment 6 replaced on 6/2/2017) (MFG). Modified on 6/2/2017 (MFG). (Entered: 06/02/2017) |
| 06/01/2017 | Ï 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Lisa Gay Boey. (MFG) (Entered: 06/02/2017) |
| 06/01/2017 | Ï 3 | FINANCIAL AFFIDAVIT – CJA 23 by Plaintiff Lisa Gay Boey. (MFG) (Entered: 06/02/2017) |
| 06/02/2017 | Ï | Case Opening Notification: All parties must file the Notice Regarding Magistrate Judge Jurisdiction Form consenting to or opting out of the Magistrate Judge jurisdiction. Click here for the instructions. and all non–governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate (moed–0001.pdf). Judge Assigned: Honorable John M. Bodenhausen. (MFG) (Entered: 06/02/2017) |
| 06/02/2017 | Ï | ***Complaint Letter Created. This is to advise you that this office has received and filed your complaint and has assigned it the above–referenced case number. (MFG) (Entered: 06/02/2017) |

| | | |
|---|---|---|
| 06/02/2017 | Ï | ***Complaint Letter Processed (see notice of electronic filing for distribution list) Fri Jun 2 14:01:23 CDT 2017 (admin,) (Entered: 06/02/2017) |
| 06/02/2017 | Ï 4 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 06/02/2017) |
| 06/27/2017 | Ï 5 | Letter from Clerk sent to Plaintiff Lisa Gay Boey re: Failure to file Notice Regarding Magistrate Judge Jurisdiction. (CAR) (Entered: 06/27/2017) |
| 07/14/2017 | Ï 6 | ORDER OF TRANSFER TO OTHER DISTRICT : IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis [ECF No. 2 ] is provisionally granted, subject to modification by the transferee court. IT IS FURTHER ORDERED that the Clerk shall transfer this case to the United States District Court for the Western District of Missouri. See 28 U.S.C. § 1406(b).. Signed by District Judge John A. Ross on 7/14/17. (KKS) (Entered: 07/14/2017) |
| 07/14/2017 | Ï | ORDER RECEIPT: (see receipt) Docket No: 6. Mailed to party not set up for electronic notification. Fri Jul 14 12:37:02 CDT 2017 (Stamm, Katie) (Entered: 07/14/2017) |
| 07/14/2017 | Ï 7 | NUNC PRO TUNC ORDER: IT IS HEREBY ORDERED that the Clerk shall transfer this case to the United States District Court for the Southern District of Illinois. Signed by District Judge John A. Ross on 7/14/2017. (CLO) (Entered: 07/14/2017) |